IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-00094 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Russell Vaughn's ("Plaintiff") Motion for Judgment on the Administrative Record. (Doc. No. 14.) Defendant ("Defendant" or "Commissioner") filed a responding Motion in Opposition to Plaintiff's Motion for Judgment (Doc. No. 18), and Plaintiff further filed a Reply (Doc. No. 19). Magistrate Judge Brown ("Magistrate Judge") issued a Report and Recommendation ("Report"). (Doc. No. 20.) No Objections to the Report have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report to be well-founded, and thus **ADOPTS** it in its entirety. Accordingly, pursuant to sentence four (4) of 42 U.S.C. § 405(g), the Court hereby **GRANTS** Plaintiff's Motion for Judgment on the Administrative Record, **REVERSES** the decision of the Commissioner, and **REMANDS** the case

for further administrative proceedings. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this the \_\_\_21st\_\_\_ day of \_\_\_December\_\_\_ 2007.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT